UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHAWN YOUNG,

        Plaintiff,        Case No. 15-cv-11028
                                  Honorable Marianne O. Battani
v.                               Magistrate Judge Elizabeth A. Stafford

METROPOLITAN LIFE
INSURANCE COMPANY,

        Defendant.
_____/

### ORDER EXTENDING PLAINTIFF'S BRIEFING SCHEDULE

On May 19, 2015, the Court held a scheduling conference in this case, and ordered that the administrative record be filed by July 6, 2015, and that cross-motions for summary judgment be filed by today, September 4, 2015.  This morning, Defendant filed a supplement to the administrative record, consisting of twenty-seven pages of internal correspondence.  To prevent prejudice to Plaintiff, the Court hereby ORDERS that Plaintiff may either delay his submission of his motion for summary judgment until **September 18, 2015**, or, (as he is *pro se* and will not receive this order via electronic filing) may have until **September 18, 2015**, to supplement his motion based on the supplemental administrative record.

**IT IS SO ORDERED.**

Dated:  September 4, 2015          s/Elizabeth A. Stafford
                                                              ELIZABETH A. STAFFORD
                                                              United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 4, 2015.

                                                              s/Marlena Williams
                                                               MARLENA WILLIAMS
                                                              Case Manager